STATE of Missouri, Plaintiff/Respondent,

v.

Daniel KENNEMORE,
Defendant/Appellant.

No. 70235.

Missouri Court of Appeals,
Eastern District,
Division Two.

March 18, 1997.

Steven D. Miller, St. Louis, Brian E. Zink, St. Charles, for Defendant/Appellant.

Tim Braun, Prosecuting Attorney, Tanya Muhm Williams, Asst. Pros. Atty., St. Charles County, St. Charles, for Plaintiff/Respondent.

Before CRANE, P.J., and GERALD M. SMITH and PUDLOWSKI, JJ.

*ORDER*

PER CURIAM.

Daniel Kennemore challenges the sufficiency of the state's evidence and a possible conflict of his defense attorney in his appeal of a class A misdemeanor in the third degree conviction. We affirm. Rule 30.25(b).

■

David CARROL, Plaintiff/Appellant,

v.

STATE OF MISSOURI, DEPARTMENT OF SOCIAL SERVICES, DIVISION OF CHILD SUPPORT ENFORCEMENT, Defendant/Respondent.

No. 70061.

Missouri Court of Appeals,
Eastern District,
Division Four.

March 18, 1997.

Alan W. Cohen, St. Louis, for plaintiff/appellant.

Shelley Thomas–Benke, Department of Social Services, Legal Services, Jefferson City, for defendant/respondent.

Before RUSSELL, P.J., and SIMON and KAROHL, JJ.

*ORDER*

PER CURIAM.

David Carrol appeals from a judgment of the Circuit Court of St. Louis County denying his petition for review of an administrative order requiring him to pay Theresa Bradley the sum of $291.00 per month for the support of a minor child. On appeal, Carrol alleges numerous points of error.

We affirm the judgment pursuant to Rule 84.16(b). An opinion reciting the detailed facts and restating the principles of law would have no precedential value. A memorandum, solely for the use of the parties involved, has been provided explaining the reasons for our holding.